IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 30 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–45–M–DWM–02 |
| Plaintiff, | |
| vs. | ORDER |
| RANDY JOE CLOUGH, JR., | |
| Defendant. | |

The United States seeks to dismiss without prejudice the indictment in this case as to Defendant Randy Joe Clough, Jr. (Doc. 47.) The United States explains dismissal will allow re-evaluation of the continuing federal interest in the prosecution of Randy Clough, and of the nature and quality of the evidence. The motion is unopposed.

Accordingly, IT IS ORDERED that the motion is GRANTED. The indictment as to Randy Joe Clough, Jr. is DISMISSED WITHOUT PREJUDICE. Fed. R. Crim. P. 48(a).

DATED this 30th day of March, 2017.

Donald W. Molloy, District Judge
United States District Court